# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2439
_____

Leroy Leftwich, trustee of the statutory class of next of kin to Cameron Leftwich, decedent

Plaintiff - Appellant

v.

Dakota County; Damion Giles; Caleb Kocher; Kent Themmes; Bryan Olson; Cody Swanson; City of Eagan; Roger New; Jennifer Wegner; Brian Rundquist; Brian Rezny

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-00393-JNE)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

August 13, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans