IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Leroy Leftwich, trustee of the statutory class of next of kin to Cameron Leftwich, decedent,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>County of Dakota, Damion Giles, Caleb Kocher, Kent Themmes, Cody Swanson, City of Eagan, Roger New, Jennifer Wegner, Brian Rundquist, and Brian Rezny,<br><br>　　　　　Defendants. | Court File No.: 19-cv-00393<br><br>**NOTICE OF APPEARANCE OF MEAGHER + GEER, PLLP** |

_____

The undersigned attorney hereby notifies the Court that Aaron M. Simon of Meagher + Geer, PLLP, shall appear as co-counsel of record for Plaintiff Leroy Leftwich, trustee of the statutory class of next of kin to Cameron Leftwich, decedent, in this case.

Attorney John H. Ray shall remain as lead counsel for Plaintiff Leroy Leftwich, trustee of the statutory class of next of kin to Cameron Leftwich, decedent, in this case.

Dated: May 22, 2020

/s/ Aaron M. Simon
Aaron M. Simon, Esq. (#0331132)
**Meagher + Geer, PLLP**
33 South 6th St., Ste 4400
Minneapolis, MN 55402
Phone: (612) 338-0661
Email: asimon@meagher.com

*Attorneys for Plaintiff Leroy Leftwich,
trustee of the statutory class of next of
kin to Cameron Leftwich*

13507560.1